UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON RESCH, 304507,

    Plaintiff,                      Civil Action No. 2:22-cv-12165
                                        HON. BERNARD A. FRIEDMAN
                                        MAG. CURTIS IVY, JR.

v.

ANDREA EDGAR-LINDHOUT,
*et. al.*,

    Defendants,
_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION
TO DISMISS PURSUANT TO RULE 41(b)**

This matter is before the Court on a Report and Recommendation ("R&R") issued by Magistrate Judge Curtis Ivy, Jr. recommending that the Court dismiss the complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and that the pending motion be terminated as moot. (ECF No. 46).

No party has filed an objection to the R&R and the time to do so has passed.[1] The Court has reviewed the docket and agrees with Magistrate Judge Ivy's analysis and recommendation. Accordingly, it is hereby,

---

[1] The docket reflects that Magistrate Judge Ivy's R&R was returned as undeliverable. (ECF No. 48). Resch has already been warned, however, of his obligation to update the Court with his current address. *See, e.g.*, (ECF No. 6).

ORDERED that Magistrate Judge Ivy's R&R (ECF No. 46) is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that the complaint is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that the pending motion for summary judgment, (ECF No. 39), is TERMINATED AS MOOT.

SO ORDERED.

Dated: February 16, 2024  
Detroit, Michigan

s/Bernard A. Friedman  
Bernard A. Friedman  
Senior United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on February 16, 2024.

**Brandon Resch** #304507  
219 North Adams  
Apt. 2  
Ypsilanti, MI 48197

s/Johnetta M. Curry-Williams  
Case Manager

2